```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET PARTY INFORMATION FOR CASE J05-0002--CR (JKS)
                       "USA V ADRIAN JAMES RUSCH-GUTHRIE ET AL"
                          DEF 1.1 RUSCH-GUTHRIE, ADRIAN JAMES

             Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
     Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
               Filed:  04/20/05
              Closed:  11/28/05
   No. of Defendants:  2
       MJ Case Number:
                  AKA:
      Location status: Other Custody
           Trial date:
           Terminated: YES
    Needs interpreter: NO
    Counsel of record: Sue Ellen Tatter
                       Federal Public Defender
                       550 W. 7th Avenue, Suite 1600
                       Anchorage, AK 99501
                       907-646-3400
                       FAX 907-646-3480
                       Serve: YES
                        Type: FPD
                        Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

    Counsel of record: James A. Goeke
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial


   Counts re: DEF 1.1 RUSCH-GUTHRIE, ADRIAN JAMES
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:922(g)(1), 924(a)(2) FELON IN POSSESSION OF A FIREARM (F) | Sentenced (76-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET PARTY INFORMATION FOR CASE J05-0002--CR (JKS)
                          "USA V ADRIAN JAMES RUSCH-GUTHRIE ET AL"
                                DEF 2.1 JAMES, DEVEN ANTHONY

                      Including terminated defendants, excluding terminated counsel


      Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
     Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
               Filed:  04/20/05
              Closed:  11/28/05
  No. of Defendants:  2
      MJ Case Number:
                 AKA:
     Location status:  Other Custody
          Trial date:
          Terminated:  YES
  Needs interpreter:  NO
   Counsel of record:  William B. Carey
                      1502 W. 34th Avenue
                      Anchorage, AK 99503-3643
                      907-272-4255
                      FAX 907-272-4256
                      Serve: YES
                       Type: CJA
                       Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:  James A. Goeke
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


  Counts re: DEF 2.1 JAMES, DEVEN ANTHONY

  Document          Count      Citation and Description                          Disposition
  _____          _____      _____                          _____
     1 -   1 IND      1        18:922(g)(1), 924(a)(2) FELON IN POSSESSION OF A  Dismissed
                               FIREARM (F)                                       (69-1)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE J05-0002--CR (JKS)
                        "USA V ADRIAN JAMES RUSCH-GUTHRIE ET AL"

                                  For all filing dates
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
            Filed: 04/20/05
           Closed: 11/28/05
No. of Defendants: 2


Document #   Filed     Docket text
─────────────────────────────────────────────────────────────────────────────────

     1 -  1  04/20/05  [Re: DEF 1-2] PLF 1 Indictment.

  NOTE -  1  04/21/05  [Re: DEF 1] Issued WOA.

  NOTE -  2  04/21/05  [Re: DEF 2] Issued WOA.

     2 -  1  04/21/05  [Re: DEF 1-2] AHB Grand Jury Minutes re defs in State Custody; WOA to be
                       issed; H/C ad pros to follow; no bail set; set for arr & notify USM.

     3 -  1  05/11/05  [Re: DEF 1] PLF 1 motion (petition) for writ of habeas corpus ad
                       prosequendum.

     4 -  1  05/11/05  [Re: DEF 2] PLF 1 motion (petition) for writ of habeas corpus ad
                       prosequendum.

  NOTE -  3  05/12/05  [Re: DEF 1] Issued: Writ of H/C ad prosequendum.

  NOTE -  4  05/12/05  [Re: DEF 2] Issued: Writ of H/C ad prosequendum.

     5 -  1  05/12/05  [Re: DEF 1] PMP Order granting motion (petition) for writ of habeas
                       corpus ad prosequendum (3-1). cc: USA, USM, def w/USM cy

     6 -  1  05/12/05  [Re: DEF 2] PMP Order granting motion (petition) for writ of habeas
                       corpus ad prosequendum (4-1). cc: USA, USM, def w/USM cy

     7 -  1  05/12/05  [Re: DEF 1-2] PMP Minute Order re Arr set for 5/16/05 at 9:00 a.m. cc:
                       USA, USM, USPO defs w/USM cy

     8 -  1  05/16/05  DEF 1 Attorney Appearance of S. Tatter (FPD).

    8A-  1  05/16/05   [Re: DEF 1-2] PMP Court Minutes [ECR: Keitha Kolvig] re: Arraignment on
                       indictment (held 5/16/05): FPD appointed for D-1, CJA Wm. Carey
                       appointed for D-2; defs detained; detention hrg set for 5/19/05, 1:30
                       p.m. at Juneau; PTMs due 5/1/05; cnsl advised of 6/28/05 trial date. cc:
                       cnsl, Judge Singleton

    8B-  1  05/16/05   [Re: DEF 1] PMP Order of Detention Pending Hearing. cc: J. Goeke (USA),
                       S. Tatter (FPD), PTS, USM, Judge Singleton

    8C-  1  05/16/05   [Re: DEF 2] PMP Order of Detention Pending Hearing. cc: J. Goeke (USA),
                       W. Carey, PTS, USM, Judge Singleton

    8D-  1  05/16/05   [Re: DEF 1-2] PMP Order regarding preparation for trial; parties to meet
                       by 5/20/05; PTMs due 5/31/05. cc: S. Tatter (USA), W. Carey, PTS, USM,
                       Judge Singleton

     9 -  1  05/17/05  {SEALED}

     9 -  2  05/17/05  {SEALED}
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE J05-0002--CR (JKS)
                       "USA V ADRIAN JAMES RUSCH-GUTHRIE ET AL"

                                  For all filing dates


Document #    Filed     Docket text

   10 -  1   05/18/05   DEF 1 Unopposed motion on shortened time to vacate 5/19/05 det hrg &
                        consent  to entry of detention order w/att aff.

   11 -  1   05/18/05   [Re: DEF 1-2] JKS Minute Order re TBJ set for 6/28/05 at 9:00 a.m. in
                        Juneau; FPTC set for 6/20/05 at 11:00 in Anch. cc: USA, FPD, W. Carey,
                        USM, USPO, MJ Pallenberg, JC, Juneau Clerk, ECR, Finance, Chief Deputy,
                        Clerk

   12 -  1   05/18/05   [Re: DEF 1] PMP Order granting unopposed motion on shortened time to
                        vacate 5/19/05 det hrg (10-1). cc: USA, S. Tatter, USM, USPO

   13 -  1   05/18/05   [Re: DEF 1] Return of WOA executed on 5/16/05.

   13 -  2   05/18/05   [Re: DEF 1] Statistical Notice of Arrest; defendant arrested 5/16/05.

   14 -  1   05/18/05   [Re: DEF 2] Return of WOA executed on 5/16/05.

   14 -  2   05/18/05   [Re: DEF 2] Statistical Notice of Arrest; defendant arrested 5/16/05

   15 -  1   05/19/05   DEF 2 Unopposed motion on shortened time to vacate detention hearing.

   16 -  1   05/19/05   [Re: DEF 1] PMP Order of Detention Pending Trial. cc: J. Goeke, S.
                        Tatter, USM, USPO, Judge Singleton

   17 -  1   05/19/05   [Re: DEF 2] PMP Order of Detention Pending Trial. cc: J. Goeke, W.
                        Carey, USM, USPO, Judge Singleton

   18 -  1   05/20/05   [Re: DEF 2] CJA appointment of W. Carey.

   19 -  1   05/25/05   DEF 1 Unopposed motion to continue trial.

   20 -  1   05/26/05   [Re: DEF 1-2] JKS Minute Order re hrg on unopposed mot to cont trial
                        (19-1) set for 5/31/05 at 2:30 p.m. cc: USA, FPD, B. Carey, USM, USPO

   21 -  1   05/31/05   DEF 1 Unopposed motion on shortened time to extend time for flg PTM's.

   22 -  1   06/01/05   [Re: DEF 1-2] JKS Court Minutes [ECR: April Karper] re Hrg on Unopposed
                        Mot to Cont Trial (DOC #19) (held 5/31/05); granting motion Unopposed
                        motion to continue trial (19-1); TBJ reset to 8/17/05 in Juneau, FPTC
                        set for 8/17/05 at 9:00 a.m. in Juneau; Crt found excludable delay under
                        18:3161(h)(8)(B)(iv); cc: USA, FPD, W. Carey, USM, USPO, MJ Pallenberg,
                        JC.

   23 -  1   06/01/05   [Re: DEF 1-2] PMP Minute Order granting unopposed motion on shortened
                        time to extend time for flg PTM's (21-1); PTM's as to both defs ext to
                        6/30/05. cc: USA, FPD, W. Carey

   24 -  1   06/02/05   DEF 2 motion for additional time until 6/24 to file motions w/att aff.

   25 -  1   06/07/05   [Re: DEF 2] PMP Minute Order terminating in light of this order: motion
                        for additional time until 6/24 to file motions (24-1). cc: USA, W. Carey

   26 -  1   06/08/05   [Re: DEF 1-2] PLF 1 Discovery Conference Certificate.

   27 -  1   06/29/05   DEF 2 Unopposed motion for additional time to file motions (until
                        7/1/05) w/att aff.


ACRS: R_RDSDX              As of 12/01/05 at 2:56 PM by GARRY                        Page 2
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE J05-0002--CR (JKS)
                         "USA V ADRIAN JAMES RUSCH-GUTHRIE ET AL"

                                      For all filing dates


 Document #    Filed      Docket text

   28 -   1   06/30/05   [Re: DEF 2] PMP Order granting unoppo mot for addtl time to file mots
                         (until 7/1/05) (27-1). cc: USA, FPD, W. Carey

   29 -   1   06/30/05   DEF 1 motion to suppress guns w/att memo.

   29 -   2   06/30/05   DEF 1 motion for evidentiary hearing re 29-1.

   30 -   1   07/01/05   DEF 2 motion to suppress w/att memo.

   31 -   1   07/08/05   [Re: DEF 1-2] PLF 1 opposition to DEF 1 motion to suppress guns w/att
                         memo. (29-1), DEF 2 motion to suppress (30-1).

   32 -   1   07/11/05   [Re: DEF 1-2] PMP Minute Order granting motion for evidentiary hearing
                         re 29-1 (29-2); re evident hrg on motions to suppress (29-1 & 30-1) set
                         for 7/20/05 at 1:30 p.m. cc: USA, FPD, B. Cary, USM, USPO

   33 -   1   07/12/05   {SEALED}

   33 -   2   07/12/05   {SEALED}

   34 -   1   07/12/05   DEF 1 reply to opposition to DEF 1 motion to suppress guns (29-1) w/att
                         exhs.

   35 -   1   07/19/05   DEF 1 Unopposed motion to continue trial w/att aff.

   35A-   1   07/21/05   [Re: DEF 1-2] PMP Court Minutes [ECR:Keitha Kolvig] re: evid hrg on mots
                         to supress (held 7/20/05).  Taken under advisement; R&R to issue.
                         Expedited transcript ordered. cc:  USA, W. Carey, S. Tatter, Judge
                         Singleton

   36 -   1   07/22/05   [Re: DEF 1-2] JKS Minute Order re crt will hear the motion to continue
                         trial (35-1) at the FPTC currently set for 8/17/05 at 9:00 a.m. in
                         Juneau. cc: USA, S. Tatter, W. Carey, MJ Pallenberg, USM, USPO, JC, ECR,
                         Clerk, Chief Deputy

   37 -   1   07/29/05   DEF 1 Notice of Intent to change plea.

   38 -   1   07/29/05   USM Return of svc on DEF 1 re: writ of Habeas Corpus Ad Pros executed on
                         5/16/05-7/01/05.

   39 -   1   07/29/05   USM Return of svc on DEF 2 re: writ of Habeas Corpus Ad Pros executed on
                         5/16/05-7/01/05.

   40 -   1   08/02/05   JKS Minute Order re D1 PCOP hrg set for 8/17/05 at 9:00 a.m.; hrg to
                         cont trial/FPTC/TBJ prev set for 8/17/05 is VACATED. cc: USA, FPD, USM,
                         USPO, MJ Pallenberg, JC, Divisional Deputy

   41 -   1   08/02/05   [Re: DEF 2] JKS Minute Order re FPTC/TBJ prev set for 8/17/05 at 9:00
                         a.m. is RESET for 10:30 a.m. cc: USA, W. Carey, USM, USPO, JC,
                         Divisional Deputy

   42 -   1   08/02/05   [Re: DEF 1-2] Transcript of Evidentiary Hearings on Motions to Suppress
                         (held 7/20/05).

   43 -   1   08/05/05   Initial R&R re: DEF 1 motion to suppress guns (29-1); Recommended be
                         granted; Objections due NOON 08/10/05. cc: USA, S. Tatter, Judge
                         Singleton

 ACRS: R_RDSDX                  As of 12/01/05 at 2:56 PM by GARRY                        Page 3
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE J05-0002--CR (JKS)
                       "USA V ADRIAN JAMES RUSCH-GUTHRIE ET AL"

                                   For all filing dates

Document #   Filed     Docket text


    43 -  2  08/05/05  Initial R&R re: DEF 2 motion to suppress (30-1); Recommended be granted;
                       Objections due NOON 08/10/05. cc: USA, W.Carey, Judge Singleton

    44 -  1  08/08/05  [Re: DEF 2] PLF 1 motion on shortened time to continue trial.

    45 -  1  08/08/05  DEF 1 response to PLF 1 motion on shortened time to continue trial
                       (44-1).

    46 -  1  08/08/05  DEF 2 limited non-opposition to [Re: DEF 2] PLF 1 motion on shortened
                       time to continue trial (44-1).

    47 -  1  08/09/05  [Re: DEF 1-2] JKS Minute Order re objections to R&R to be fld w/MJ
                       Pallenberg by 8/19/05; granting motion on shortened time to continue
                       trial (44-1); FPTC re D2 RESET for 9/28/05 at 9:00 a.m. in Anchorage;
                       TBJ re D2 RESET for 10/5/05 at 10:00 a.m. in Juneau; PCOP re D1 RESET
                       for 10/5/05 at 9:00 a.m. in Juneau. cc: USA, FPD, W. Carey, USM, USPO,
                       MJ Pallenberg, Jury Clerk, Divisional Deputy, Ida, ECR, Finance, Chief
                       Deputy

    48 -  1  08/18/05  [Re: DEF 1-2] PLF 1 motion to accept overlength objections to R&R on
                       motions to suppress.

    49 -  1  08/19/05  DEF 2 objection to R&R re: DEF 2 motion to suppress (30-1).

    50 -  1  08/19/05  DEF 1 objection to R&R re: DEF 1 motion to suppress guns (29-1).

    51 -  1  08/22/05  [Re: DEF 1-2] PMP Minute Order granting motion to accept govt's
                       overlength objections to R&R on motions to suppress (48-1). cc: USA,
                       FPD, W. Carey

    52 -  1  08/22/05  [Re: DEF 1-2] PLF 1 objection to R&R re: DEF 1 motion to suppress guns
                       (29-1), DEF 2 motion to suppress (30-1).

    53 -  1  08/25/05  [Re: DEF 1-2] PLF 1 reply to objection to R&R re: DEF 1 motion to
                       suppress guns w/att memo. (29-1), DEF 2 motion to suppress (30-1).

    54 -  1  08/26/05  DEF 1 reply to objection to R&R re: DEF 1 motion to suppress guns
                       (29-1).

    54A-  1  08/26/05  DEF 2 unopposed motion on shortened time for brief ext to 8/29/05 to
                       file reply to Def 2 mot to suppress. (30-1)

    55 -  1  08/29/05  DEF 2 reply to objection to R&R re: DEF 2 motion to suppress (30-1).

    56 -  1  08/30/05  [Re: DEF 2] PMP Minute Order granting unopposed motion on shortened time
                       for brief extension to to 8/29/05 to file reply (54A-1). cc: USA, W.
                       Carey

    57 -  1  09/06/05  Final R&R to grant DEF 1 motion to suppress guns (29-1), DEF 2 motion to
                       suppress. (30-1) cc:  USA, S. Tatter, W. Carey, Judge Singleton

    58 -  1  09/12/05  [Re: DEF 1-2] JKS Minute Order granting motion to suppress guns (29-1),
                       motion to suppress (30-1); parties to meet & confer & govt to file a
                       status rpt due 9/14/05 re trial. cc: USA, FPD, W. Carey, MJ Pallenberg

    59 -  1  09/14/05  [Re: DEF 1-2] PLF 1 motion on shortened time for reconsideration of
                       suppression evidence & reopen evidentiary hearing.


ACRS: R_RDSDX               As of 12/01/05 at 2:56 PM by GARRY                      Page 4
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE J05-0002--CR (JKS)
                          "USA V ADRIAN JAMES RUSCH-GUTHRIE ET AL"

                                    For all filing dates


 Document #   Filed      Docket text

    60 -  1   09/14/05   [Re: DEF 1-2] JKS Minute Order that govt's mot to reconsider & re-open
                         evid hrg referred back to MJ Pallenberg; if MJ Pallenberg concludes
                         existing trial date of 10/5/05 doesn't allow time to consider the mot to
                         reconsider the crt will consider a separate mot for brf continuance of
                         trial if timely fld by one or more of the parties. cc: USA, FPD, W.
                         Carey, MJ Pallenberg

    61 -  1   09/14/05   DEF 1 opposition to [Re: DEF 1-2] PLF 1 motion on shortened time for
                         reconsideration of suppression evidence & reopen evidentiary hearing
                         (59-1).

    62 -  1   09/14/05   [Re: DEF 1-2] PLF 1 Status Report re: trial.

    63 -  1   09/16/05   [Re: DEF 1-2] JKS Minute Order re status conf set for 9/19/05 at 2:00
                         p.m. cc: USA, FPD, B. Carey, USM, USPO, MJ Pallenberg

    64 -  1   09/16/05   Final R&R re: [Re: DEF 1-2] PLF 1 motion on shortened time for
                         reconsideration of suppression evidence & reopen evidentiary hearing
                         (59-1);  Recommended be DENIED. cc: USA, FPD, B. Carey, Judge Singelton

    65 -  1   09/16/05   [Re: DEF 2] PLF 1 motion on shortened time to dismiss Indt w/o prejudice
                         against DEF 2.

    66 -  1   09/16/05   DEF 1 Notice of Intent to change plea.

    67 -  1   09/19/05   [Re: DEF 1-2] JKS Minute Order re status conf re DEF 1-2 prev set for
                         9/19/05 is VACATED; FPTC prev set for 9/28/05 & TBJ prev set for 10/5/05
                         re DEF 2; PCOP re DEF 1 prev set for 10/5/05 in Juneau is VACATED &
                         RESET for 9/27/05 at 9:00 a.m. in Anchorage; USM to transport DEF 1 to
                         Anchorage. cc: USA, FPD, W. Carey, USM, USPO, MJ Pallenberg, JC,
                         Divisional Deputy, ECR, Clerk, Finance, Chief Deputy

    68 -  1   09/19/05   [Re: DEF 2] JKS Order granting motion on shortened time to dismiss Indt
                         w/o prejudice against DEF 2 (65-1). cc: USA, W. Carey, USM, USPO, MJ
                         Pallenberg

    69 -  1   09/19/05   [Re: DEF 2] JKS Judgment of Discharge dismissed or Other count(s) 1 of
                         the Indictment (1-1). cc: USA, W. Carey, USM, USPO, def w/cnsls cy, MJ
                         Pallenberg

    70 -  1   09/19/05   [Re: DEF 2] copy of Order of Release re def released 9/19/05. cc: USA,
                         W. Carey, USM, USPO, MJ Pallenberg

    71 -  1   09/19/05   DEF 2 non-opposition to [Re: DEF 2] PLF 1 motion on shortened time to
                         dismiss Indt w/o prejudice against DEF 2 (65-1).

    72 -  1   09/27/05   [Re: DEF 1] JKS Court Minutes [ECR: Robin Carter] Re: PCOP hrg held
                         9/27/05; def changed plea to guilty to Ct 1 of Indt; IOS set for
                         11/22/05 at 9:00 a.m.. cc: USA, FPD, USM, USPO, Judge Pallenberg

    73 -  1   11/15/05   DEF 1 Sentencing Memorandum.

    74 -  1   11/15/05   [Re: DEF 1] PLF 1 Sentencing Memorandum.

    75 -  1   11/22/05   [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] re IOS (held
                         11/22/05); sentence imposed as stated in the judgment.


 ACRS: R_RDSDX                  As of 12/01/05 at 2:56 PM by GARRY                        Page 5
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE J05-0002--CR (JKS)
                            "USA V ADRIAN JAMES RUSCH-GUTHRIE ET AL"

                                      For all filing dates


Document #   Filed      Docket text

   76 -  1   11/28/05   [Re: DEF 1] JKS Judgment pleaded guilty to ct 1 of Indt (1-1); sentenced
                        to 30 mos impr; 36 mos SR; $100.00 SA. cc: USA, FPD, Def w/cnsls cy,
                        USM, USPO, MJ Pallenberg, Finance, FLU
```